# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

AIDA COLON-HERNANDEZ
*for Oscar Castrodad*,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Civil No. 17-1456 (ADC)

## ORDER

Currently before the Court is U.S. Magistrate Bruce J. McGiverin's Report and Recommendation ("the R&R") recommending that the Court affirm the Commissioner of Social Security's ("the Commissioner") finding that Oscar Castrodad-Díaz ("Castrodad"), the deceased husband of plaintiff Aida Colón-Hernández ("plaintiff"), was not entitled to disability benefits under the Social Security Act ("the Act"). **ECF No. 24**. Plaintiff Aida Colón-Hernández timely filed an objection to the R&R. **ECF No. 25**.

Having thoroughly examined the parties' filings, the written decision by the Administrative Law Judge upon whose decision the Commissioner based its finding, Tr. at 19-33, and the record as a whole, **THE COURT FULLY ADOPTS THE R&R, AFFIRMS THE COMMISSIONER'S FINDING OF NOT DISABLED REGARDING CASTRODAD, AND**

**DISMISSES PLAINTIFF'S COMPLAINT WITH PREJUDICE**. The Court's Opinion will follow.

**SO ORDERED.**

At San Juan, Puerto Rico, this 28th day of September, 2018.

                                    **S/AIDA M. DELGADO-COLÓN**
                                    **United States District Judge**